IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE, | |
| Plaintiff, | **8:17CV222** |
| vs. | |
| DEPARTMENT OF CORRECTIONS STATE OF NEBRASKA, (WARDEN) STATE OF NEBRASKA DIAGNOSTIC EVALUATION CENTER (FACILITY), SORENSON, C.O. Corporal (Employed at Nebraska Diagnostic & Evaluation Facility); and THE STATE OF NEBRASKA, | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the court on its own motion. On September 12, 2017, the clerk of the court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing No 7, Case No. 8:17CV326.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.     Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.     The clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 20, 2017: check for address.

Dated this 20th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge